UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY JONES,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:25-cv-04089<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Brittany Jones, and Defendant Equifax Information Services, LLC, ("EQUIFAX") that the above-titled action is hereby dismissed with prejudice against Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated: 09/11/2025

EQUIFAX, INC.

By: */s/ Carley Thompson*
    Carley Thompson
    Equifax Inc.
    1550 Peachtree St.
    Atlanta, GA 30309
    E: carley.thompson@equifax.com
    P: (404) 326-2679

 *Attorney for Defendant,*
*Equifax, Inc., named as*
*Equifax Information Services, LLC*

Respectfully submitted,

LAW OFFICES OF
MARK A. CAREY, P.C.

By: */s/ Mark A. Carey*
    Mark A. Carey
    Law Offices of Mark A. Carey, P.C.
    500 Roswell Rd. Ste. Bldg C
    Sandy Springs, GA 30342
    E: markcareylaw@ymail.com
    P: (716) 853-9243

 *Attorney for Plaintiff,*
*Brittany Jones*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 09/11/2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
500 Roswell Rd. Ste. Bldg. C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
*Attorney for Plaintiff,*
*Brittany Jones*